William T. MORRISON, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75677.

Missouri Court of Appeals,
Western District.

June 10, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 2014.

Application for Transfer Denied Oct. 28, 2014.

Susan Hogan, Kansas City, MO, for Appellant.

Karen Kramer, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM:

William T. Morrison appeals the circuit court's judgment dismissing his Rule 29.15

motion for post-conviction relief as untimely filed.  We affirm.  Rule 84.16(b).